# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RUSSELL D. SHAFER                                    Case Number: 07-71346
9253 REDBARN ROAD                 SSN-xxx-xx-3236
WONDER LAKE, IL  60097

Case filed on:   5/31/2007
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,392.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BARONS CREDITORS SERVICES CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CERTIFIED SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DONALD STINESPRING & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MICHLING HOFFMAN VINTON PLAZA & WICK | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | ILLINOIS DEPARTMENT OF REVENUE | 1,773.67 | 1,773.67 | 0.00 | 0.00 |
|  | Total Priority | 1,773.67 | 1,773.67 | 0.00 | 0.00 |
| 998 | RUSSELL D. SHAFER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RUSSELL D. SHAFER | 0.00 | 0.00 | 1,533.94 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,533.94 | 0.00 |
| 001 | HARLEY-DAVIDSON CREDIT | 21,382.18 | 16,955.00 | 1,072.08 | 666.32 |
| 002 | HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARRIS BANK CONSUMER LENDING CENTER | 174,837.17 | 0.00 | 0.00 | 0.00 |
| 004 | HARRIS BANK NA | 4,712.18 | 4,712.18 | 0.00 | 0.00 |
| 051 | HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | BENEFICIAL | 15,508.47 | 15,508.47 | 0.00 | 0.00 |
|  | Total Secured | 216,440.00 | 37,175.65 | 1,072.08 | 666.32 |
| 001 | HARLEY-DAVIDSON CREDIT | 0.00 | 4,427.18 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS BANK FSB | 9,440.32 | 9,440.32 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCIAL SERVICES | 19,704.06 | 19,704.06 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 22,982.36 | 22,982.36 | 0.00 | 0.00 |
| 011 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 4,061.34 | 4,061.34 | 0.00 | 0.00 |
| 014 | CENTURY ELECTRIC SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | B-REAL LLC | 11,744.81 | 11,744.81 | 0.00 | 0.00 |
| 018 | CITIFINANCIAL | 12,002.34 | 12,002.34 | 0.00 | 0.00 |
| 019 | COWLIN, CURRAN & COPPEDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CRYSTAL LAKE LIGHTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DHARMVIR S. VERMA MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 6,279.73 | 6,279.73 | 0.00 | 0.00 |
| 024 | FIRST INVESTORS LIFE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | GE CONSUMER FINANCE | 2,308.43 | 2,308.43 | 0.00 | 0.00 |
| 026 | GUMMERSON & RAUSCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HARRIS BANK NA | 1,089.40 | 1,089.40 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 9,657.30 | 9,657.30 | 0.00 | 0.00 |
| 030 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | IDLEWOOD ELECTRIC SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MALONEY ELECTRIC SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MCHENRY COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MECU - VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ECAST SETTLEMENT CORPORATION | 2,189.32 | 2,189.32 | 0.00 | 0.00 |
| 040 | NEXTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | DONALD C STINESPRING JR | 35,627.13 | 35,627.13 | 0.00 | 0.00 |
| 042 | PREMIUM CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | THD / CB USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MICHLING HOFMANN VINTON PLAZA & WICK | 25,189.92 | 25,189.92 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ECAST SETTLEMENT CORPORATION | 2,542.02 | 2,542.02 | 0.00 | 0.00 |
| 048 | RUTH SHAFER | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | CRESCENT ELECTRIC SUPPLY COMPANY | 14,818.04 | 14,818.04 | 0.00 | 0.00 |
| 050 | CERTIFIED SERVICES INC | 1,058.45 | 1,058.45 | 0.00 | 0.00 |
| 053 | UNIVERSAL CASH EXPRESS | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 054 | AMERICAN GENERAL FINANCIAL SERVICES | 3,776.50 | 3,776.50 | 0.00 | 0.00 |
| 055 | ILLINOIS DEPARTMENT OF REVENUE | 127.38 | 127.38 | 0.00 | 0.00 |
| | Total Unsecured | 189,598.85 | 194,026.03 | 0.00 | 0.00 |
| | Grand Total: | 407,812.52 | 232,975.35 | 2,606.02 | 666.32 |

Total Paid Claimant:     $3,272.34
Trustee Allowance:       $119.66
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008            By  /s/Heather M. Fagan